1

JUDGE JAMES L. ROBART

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | ) | NO.  CRO5-00247JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO EXTEND TIME TO FILE |
| | ) | INDICTMENT |
| HARMINDER SINGH JAT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

17     THIS MATTER having come before the Court on the stipulated motion of the parties

18   for an order extending the time within which an indictment shall be filed, and the Court

19   having considered the stipulated motion of the parties, together with the balance of the records

20   and files herein, the Court now finds and rules as follows:

21     Harminder Singh Jat, Defendant was arrested pursuant to an arrest warrant issued from

22   the Western District of Washington on June 23, 2005.

23     The government has provided discovery to defense counsel who has provided a copy to

24   Mr. Jat.  The parties believe that Mr. Jat will enter a plea before Magistrate Judge Mary Alice

25   Theiler on October 30, 2005.  However, if Mr. Jat fails to enter the plea, a continuance is

26

ORDER GRANTING STIPULATED
 MOTION TO EXTEND TIME
TO FILE INDICTMENT
(Harminder Singh Jat; CR05-0247JLR)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth  Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  needed for the government to file an indictment and for both parties to prepare for trial.

2         Therefore, it appearing to the Court that the failure to extend the date within which an

3  indictment must be filed would deny the government time within which to file an indictment

4  and both parties reasonable time necessary for preparations for trial and taking into account

5  the exercise of due diligence, and it further appearing to the Court that the ends of justice

6  served by granting the requested continuance outweigh the interest of the public and the

7  defendant in a speedy trial,

8         IT IS HEREBY ORDERED that the stipulated motion, of the parties to extend time

9  within which an indictment shall be filed is GRANTED.

10        IT IS FURTHER ORDERED that the time within which an indictment shall be filed is

11 hereby extended from October 1, 2005 to November 1, 2005.

12        IT IS FURTHER ORDERED that the period of delay from October 1, 2005, is

13 excludable time, pursuant to 18 U.S.C.§ 3161(h)(8)(A), for the purpose of computing the time

14 limitations imposed by the Speedy Trail Act, 18 U.S.C. §§ 3161-3174/

15        DATED this 3rd day of October, 2005.

16

                                           s/James L. Robart
17
                                           _____
                                           JAMES L. ROBART
18                                         United States District Court Judge
   Presented by
19
   s/Paula Semmes Deutsch
20 WSBA No. 23940
   Attorney for Harminder Singh Jat
21 Federal Public Defender
   1601 Fifth Avenue, Suite 700
22 Seattle WA 98101
   206/553-1100 voice
23 206/553-0120 facsimile
   Paula_Deutsch@fd.org
24
   s/Donald Reno
25 Assistant United States Attorney

26

ORDER GRANTING STIPULATED
 MOTION TO EXTEND TIME                                    **FEDERAL PUBLIC DEFENDER**
TO FILE INDICTMENT                                       1601 Fifth Avenue, Suite 700
(Harminder Singh Jat; CR05-0247JLR)          2           Seattle, Washington  98101
                                                         (206) 553-1100